DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MARK L. and SHELLEY A. HUNTER

Chapter 13
Case No. 11-3-3834 HLB

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $2,207.58 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 7 | CLERK OF THE COURT FOR<br>CHARLES RAUCH<br>PO BOX 1150<br>JACKSON, CA 95642 | $2,207.58 |

Dated: May 22, 2017

/s/ CECILIA MARCELO
CECILIA MARCELO
Receipts Administrator